UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY 27  AM 10: 38
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 6:05CR00035-1 |
| Jeffery L. Lewis ) | USM No: 12638-021 |
| Date of Original Judgment: August 31, 2006 ) | D. Duston Tapley, Jr. |
| Date of Previous Amended Judgment: February 2, 2012 ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __162__ months **is reduced to** _____time served_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __August 31, 2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/27/15

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*